UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Ryan Porter ,_____
    Plaintiff,

    V.

  CIVIL ACTION

  NO. **1:20-cv-11897-RWZ**

__Emerson College,___
    Defendants.

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE **Rya Zobel**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On **12/1/2021 and 2/14/2022**   I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.

The case was:

[X]    Settled.  The parties will file a motion seeking Preliminary Approval of the Settlement, and appointment of a Claims Administrator, within sixty (60) days.

[ ]    There was progress.  A further phone conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____.
_____.

   2/14/2022                           /s/ Judith G. Dein
     DATE                                                             U.S. Magistrate Judge