# Exhibit C
Proposed Election Form

# ELECTION FORM

## INSTRUCTIONS: FILL OUT AND RETURN ELECTION FORM

### BY XX XX, 2022

\* RETAIN A COPY OF THIS ELECTION FORM, ALONG WITH ANY INFORMATION THAT WOULD DEMONSTRATE THE TIME AND MANNER IN WHICH IT WAS SUBMITTED \*

___

«IMbFullBarcodeEncoded»

«FirstName» «LastName» «BusinessName»
«Address1» «Address2»
«City», «State»  «Zip»-«ZipDPC3»

SIMID «SIMID»
«Notice_Encoded»

Name/Address Changes:
_____
_____
_____

$«MERGED_Tuition/Fees_Net» \*\*

**Please sign, date, and return this Election Form to the Settlement Claims Administrator by either fax, email, website submission at www.???????.com, or postal mail by _____ __, 2022, if you wish to designate a particular form of payment for your share of the Settlement Fund.  You are not required to complete this form in order to receive a payment.  If you do not complete this form, you will receive your share of the Settlement Fund in the form of a check sent to your last known mailing address.**

**Check one box below:**

| | |
|---|---|
| [ ] | I would like to receive my Settlement Benefit by paper check via First Class Mail at the following address: _____. |
| [ ] | I would like to receive my Settlement Benefit via PayPal.<br>PayPal Account: _____ |
| [ ] | I would like to receive my Settlement Benefit via Venmo<br>Venmo Account Username: _____ |

**Signature:** _____    **Date:** _____

You must keep a current address on file with the Settlement Claims Administrator and Class Counsel, along with a valid phone number and email address for updates.

**Phone number:** _____    **Email address:** _____

___

«Barcode»
«BarcodeString»

SIMID  «SIMID»