# Exhibit E

Leeds Brown Law, P.C. Biography

# Leeds Brown Law, P.C.
# Firm Biography

**Leeds Brown Law, P.C. ("LBL")** has considerable experience litigating class action lawsuits, especially those in state and federal courts in New York. *See e.g., Griffin v. Aldi, Inc.* 16-cv-00354-LEK-ATB (N.D.N.Y. Nov. 15, 2018) (working with the other firms to obtain final approval of $9.8 million settlement on behalf of store managers across the nation); *Weinstein v. Jenny Craig Operations, Inc.*, 138 A.D.3d 546 (1st Dept. 2016) (upholding certification of employees at Jenny Craig's branches and locations in New York); *Marcus v. AXA Advisors, LLC*, 11-CV-2339 (SJ)(SMG) (E.D.N.Y. Oct. 21, 2015) (granting nationwide conditional certification under the FLSA of over 2,000 financial service workers before approving class wide settlement). Recently, LBL was appointed to serve on the executive committee in the matter *Wilson v. Walmart Inc.*, Case No. 3:21-CV-00082(DPM), wherein it is alleged that the makers and distributors of baby food failed to disclose that its products contained elevated amounts of toxic heavy metals -- in accordance with a U.S. House of Representative Report by the Subcommittee on Economic and Consumer Policy Committee on Oversight and Reform (Feb. 4, 2021).

Additionally, LBL recently secured a decision from the New York Appellate Division, Second Department, that acknowledged two new causes of action and extended worker protections to temporary staffing workers. *See Membrives v. HHC TRS FP Portfolio*, 196 A.D.3d 560 (2d Dept.2021). During February 2022, LBL was recognized for its work on behalf of students at the University of La Verne that alleged that failed to receive the services they contracted and paid for. *See Arredonodo v. Univ. of La Verne*, Case No. 2:20-cv-7665(MCS)(RAO) (C.D. Cal. Feb. 8, 2022):

> Counsel here has done significant work in identifying and investigating potential claims, including bringing a meritorious motion for class certification supported by ample evidence. Counsel also has a wealth of experience handling class actions. [Citing the declaration of Michael A. Tompkins]. The only firm without substantial class action experience, Charon Law, has experienced co-counsel as support… Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case.

Leeds Brown Law, P.C. also has substantial experience settling class actions in state and federal courts in New York. *See e.g., Settecasi v. Gotham Hall LLC*, 2022 NYLJ LEXIS 494 (Sup. Ct. N.Y. Cty. 2022) (denying defendants' summary judgment application and granting class certification); *Rutella v. National Secs. Corp.*, 2022 N.Y. Misc. LEXIS 2311 (Sup. Ct. Nassau Cty., May 25, 2022) (denying defendants' summary judgment motion and granting class certification for all workers in New York at four primary locations dating back to 2010); *Ramlochan v. Westchester Shores Event Holdings, Inc.*, Index No. 53509/2018 (Sup. Ct. Westchester Cty. Jan. 25, 2021) (in approving award of attorneys' fees, court acknowledged "the significant award agreed upon here comports with the firm's significant level of experiences and substantial work performed in the course of the litigation and the settlement process in this action"); *Luchko v. Barclay Operating*

*Corp.* Index No. 157657/2020 (Sup. Ct. N.Y Cty. Jan. 5, 2022); *Waloven v. Forty Eight Lounge, LLC*, Index No. 603608/2021 (Sup. Ct. Nassau Cty. Oct. 15, 2021); *Cantelmo v. Ravel Hotel LLC*, Index No. 606182/2020 (Sup. Ct. Nassau Cty. Sept. 29, 2021); *Robinson v. Wildlife Conservation Society*, Index No. 502823/2019 (Sup. Ct. Kings Cty. Sept. 9, 2021); *Villasin v. Marriott Hotel Services, Inc.*, Index No. 608511/2017 (Sup. Ct. Nassau Cty. Aug. 16, 2021); *Barnes v. PH New York, LLC*, 157340/2018 (Sup. Ct. N.Y. Cty. Apr. 6, 2021); *In re Mt. Fuji Restaurant Class Action Lawsuit*, Index No. 614047/2020 (Sup. Ct. Nassau Cty. Mar. 19, 2021); *Islam v. Morgans Hotel Group Management LLC*, Index No. 612723/2020 (Sup. Ct. Nassau Cty. Mar. 18, 2021); *Sanchez v. Craft Beekman, LLC*, Index No, 154833/2019 (Sup. Ct. N.Y. Cty. Mar. 17, 2021); *Mauro v. Gurney's Inn Resort & Spa LLC*, Index No. 616077/2019 (Sup. Ct. Nassau Cty. Mar. 15, 2021); *Cedeno v. Hibernia Construction LLC*, Index No. 605947/2017 (Sup. Ct. Nassau Cty. Mar. 8, 2021); *Gonzalez v. Sterling Caterers, Inc.*, Index No. 603074/2019 (Sup. Ct. Nassau Cty. Feb. 26, 2019); *Padder v. Levy Premium Foodservice Limited Partnership,* Index No. 518187/2018 (Sup. Ct. Kings Cty. Dec. 9, 2020); *Gonzalez v. Masgad Corp.*, Index No. 607031/2018 (Sup. Ct. Nassau Cty. Oct. 7, 2020); *Angulo v. Parm Battery Park LLC*, Index No. 508280/2020 (Sup. Ct. Kings Cty. Sept. 28, 2020); *Cortes v. Pacific Langham New York Corporation*, Index No. 154853/2018 (Sup. Ct. N.Y. Cty. June 17, 2020); *Vizcaino v. The Ritz Carlton Hotel Company, L.L.C.*, Index No. 607281/2016 (Sup. Ct. Suffolk Cty. May 29, 2020); *Pinzon v. Summit Development Corp.*, Index No. 604025/2016 (Sup. Ct. Nassau Cty. May 11, 2020); *Contreras v. Salem Golf Club Associates, LLC*, Index No. 63967/2018 (Sup. Ct. Westchester Cty. Mar. 16, 2020); *James-Howell v. Family Residences and Essential Enterprises, Inc.*, Index No. 605950/2017 (Sup. Ct. Mar. 11, 2020); *Santa Maria v. Aimbridge Hospitality, LLC*, Index No. 2018-51928 (Sup. Ct. Dutchess Cty. Feb. 24, 2020); *Padder v. Logans Sanctuary LLC*, Index No. 602455/2018 (Sup. Ct. Nassau Cty. Feb. 19, 2020); *Diaz v. Anvil NY LLC*, Index No. 525279/2018 (Sup. Ct. Kings Cty. Jan. 9, 2020); *Godfrey v. The Executive Club LLC*, Index No. 512924/2018 (Sup. Ct. Kings Cty. Dec. 18, 2019); *Ramlochan v. Manhasset Bay Yacht Club*, Index No. 605618/2018 (Sup. Ct. Nassau Cty. Dec. 11, 2019); *Ferguson v. The Lure Group*, Index No. 156054/2017 (Sup. Ct. N.Y. Cty. Dec. 3, 2019); *Destefano v. Cold Spring Country Club, Inc.*, Index No. 617008/2017 (Sup. Ct. Suffolk Cty. Nov. 25, 2019); *Ascensio v. Dinosaur Restaurant, LLC*, Index No. 154847/2017 (Sup. Ct. N.Y. Cty. Nov. 12, 2019); *Robinson v. Access Food & Beverage, Inc.*, Index No. 152746/2018 (Sup. Ct. N.Y. Cty. Nov 8, 2019); *Contreras v. Dania Marina, Inc.*, Index No. 5436/2018 (Sup. Ct. Westchester Cty. Oct. 3, 2019); *Posner v. NYS Pool Management Company, Inc.*, Index No. 609371/2017 (Sup. Ct. Nassau Cty. Sept. 26, 2019); *Maria v. Sankara NY, LLC*, Index No. 51469/2018 (Sup. Ct. Westchester Cty. Aug. 20, 2019); *Settecasi v. Michael Scott Catering LLC*, Index No. 601994/2018 (Sup. Ct. Nassau Cty. Aug. 19, 2019); *Torres v. Old Oaks Country Club, Inc.*, Index No. 63047/2017 (Sup. Ct. Westchester Cty. Aug. 16, 2019); *Ayasi v. Sirena Restaurant, Inc.*, Index No. 504596/2019 (Sup. Ct. Kings. Cty. Aug. 7, 2019); *Locandro v. Willow Ridge Country Club, Inc.*, Index No. 63740/2017 (Sup. Ct. Westchester Cty. July 16, 2019); *McShane v. Foxsco Inc.*, Index No. 607129/2017 (Sup. Ct. Nassau Cty. July 8, 2019); *Maor v. Volume Service America, Inc.*, Index No. 158298/2014 (Sup. Ct. N.Y. Cty. June 6, 2019); *Blue v. MDC Tavern Corp.*, Index No. 600162/2017 (Sup. Ct. Nassau Cty. May 22, 2019); *Fernandez v. Masterpiece Caterers, Corp.*, Index No. 51469/2018 (Sup. Ct. N.Y. Cty. May 7, 2019); *Montero v. 333 Bayville Avenue Restaurant Corp.*, Index No. 603760/2017 (Sup. Ct. Nassau Cty. May 6, 2019); *Maor v. GAC Caterers, Inc.*, Index No. 25669/2017 (Sup. Ct. Bronx Cty, May 6, 2019); *Fredericks v. Derek Lam International LLC*, Index No. 154922/2015 (N.Y. Sup. Ct. N.Y. Cty. May 30, 2018); *Craparotta v. Ralph Lauren Corporation*, Index No. 153553/2015 (N.Y. Sup. Ct. N.Y. Cty. May 1, 2018); *Huggins v. Gucci America, Inc.*, Index No. 161446/2014 (N.Y. Sup. Ct. N.Y. Cty. Apr. 30, 2018); *Jailall v. Diesel U.S.A., Inc.*, Index No. 156210/2015 (N.Y. Sup. Ct. N.Y. Cty. Mar. 28, 2018); *Podell v. Alexander Wang Global Retail LLC*, Index No. 600355/2015 (N.Y. Sup. Ct. Nassau Cty. Dec. 19, 2017); *Smith v. The Donna Karan Company LLC*, Index No. 157912/2013

(N.Y. Sup . Ct. N.Y. Cty. Nov. 13, 2017); *Zarembra v. Gilt Groupe, Inc.*, Index No. 151631/2017 (N.Y. Sup. Ct. N.Y. Cty. Oct. 25, 2017); *Lass v. Alice (Plus) Olivia, LLC*, Index No. 150527/2015 (N.Y. Sup. Ct. N.Y. Cty. Oct. 10, 2017); *Warren v. Marc Jacobs International, LLC*, Index No. 160107/2014 (N.Y. Sup. Ct. N.Y. Cty. Sept. 20, 2017); *Kocivar v. Wenner Media LLC*, Index No. 150756/2015 (N.Y. Sup. Ct. N.Y. Cty Aug. 2, 2017); *Giraudo v. Dolce & Gabbana, USA, Inc.*, Index No. 652522/2015 (N.Y. Sup. Ct. N.Y. Cty Jul. 19, 2017); *Awogbile v. Kenneth Cole Productions, Inc.*, Index No. 161886/2014 (N.Y. Sup. Ct. N.Y. Cty. Jul. 18, 2017); *Carden v. IMG Worldwide, LLC*, Index No. 162501/2014 (N.Y. Sup. Ct. N.Y. Cty. May 30, 2017); *Mendez v. KCD, Inc.*, Index No. 155702/2015 (N.Y. Sup. Ct. N.Y. Cty. Jan. 4, 2017); *Whitlow v. Burberry Limited*, Index No. 150529/2015 (N.Y. Sup. Ct. N.Y. Cty. Nov. 15, 2016); *Smith v. Fendi North America, Inc.*, Index No. 151756/2015 (N.Y. Sup. Ct. Nassau Cty. Oct. 19, 2016); *Grant v. Warner Music Group Corp.*, Case No. 13-CV-449 (PGG) (S.D.N.Y. Mar. 10, 2016); *Vitetta v. Sirius XM Radio Inc.*, Case No. 14-CV-2926 (VEC) (S.D.N.Y. Feb. 17, 2016); *Arias v. Clear Channel Broadcasting, Inc.*, Case No. 14-CV-05088 (SN) (S.D.N.Y. Feb. 2, 2016); *O'Jeda v. Viacom*, 13 Civ. 5658 (JMF)(GWG) (S.D.N.Y Jan. 13, 2016).*Villasin v. Glenarbor Golf Club, LLC*, Index No. 608512/2017 (Sup. Ct. Nassau Cty. Apr. 25, 2019); *Heale v. Hickory Ridge Golf & Country Club Inc.*, Index No. E2017000673 (Sup. Ct. Monroe Cty. Apr. 5, 2019); *Salzman v. Coveleigh Club, Inc.*, Index No. 608525/2017 (Sup. Ct. Nassau Cty. Apr. 2, 2019); *Villasin v. American Yacht Club*, Index No. 608975/2017 (Sup. Ct. Nassau Cty. Jan. 10, 2019); *Salzmann v. Metropolis Country Club, Inc.*, Index No. 608527/2017 (Sup. Ct. Nassau Cty. Jan. 7, 2019).

Jeffrey K. Brown of Leeds Brown Law is a graduate of SUNY Albany and Hofstra Law School, and is the managing partner of Leeds Brown Law. Since his admission to the New York State Bar in 1997, Mr. Brown has served as lead counsel in hundreds of class actions and individual cases for unpaid wages, overtime and tips, sexual harassment and employment discrimination in the New York City Metropolitan area which have generated millions of dollars for the Firm's Clients. Among just a few of his highlights, Mr. Brown served as lead counsel in a real estate discrimination case, *Board of Managers of Vista Tower Condominium v. Roosevelt Avenue Associates*, in which the Firm recovered approximately $19 million on behalf of 135 Asian condominium owners in Flushing, Queens. In other actions, Mr. Brown has been recognized for his work. See e.g., *Colabufo v. CNA Financial Corp.*, 04-CV-1863(BMC) (S.D.N.Y. July 31, 2009) ("We're obviously dealing with high-end lawyers in this case … It seems like they gave their all to this. It seems like it would be an overstatement to say 'sweat blood,' but it sounds to me like there was a lot of sweating involved on both sides in this and the plaintiffs, no question, earned their fee in this ... You can't argue to that unless you point to some specific infirmity in counsel's performance and there is no suggestion of that here … [P]laintiffs' law firms … appeared to have done an excellent job in this, so I don't have any question about the adequacy of representation of the class.").

Michael A. Tompkins of Leeds Brown Law is a graduate of the University of North Carolina – Chapel Hill (B.A.), Indiana University – Bloomington (M.S.), and Hofstra University School of Law (J.D.) and works for Leeds Brown Law on complex litigation related to class and collective actions. Mr. Tompkins has also been involved in large scale securities class actions and consumer fraud class actions in various courts. Mr. Tompkins has served as class counsel in dozens of class actions and has been acknowledged for his involvement in those cases. *See e.g. Malcok v. SEB Service of New York, Inc.*, Case No. 11-CV-5089(MDG) (E.D.N.Y. March 13, 2017) ("[Mr. Jeffrey K. Brown, Mr. Michael A. Tompkins, Ms. Suzanne Leeds and co- counsel] have experience litigating class and collective actions based on wage and hour claims.…This Court observed counsel's performance in this action … and finds that their performance in both litigating and settling this case demonstrates their commitment to the classes and to representing the interests of

the classes."); *see also Tart v. Lions Gate Entm't Corp.*, 2015 U.S. Dist. LEXIS 139266 at *7 (S.D.N.Y. Oct. 13, 2015) ("Virginia & Ambinder, LLP and Leeds Brown Law, P.C. are experienced and well-qualified employment and class action lawyers with expertise in prosecuting and settling labor law cases."); *Cohan v. Columbia Sussex Management, LLC*, 2018 U.S. Dist. LEXIS 170192 (E.D.N.Y. Sept. 28, 2018) ("Class counsel [LBL and V&A] are well known class action employment lawyers who have extensive experience and special expertise in prosecuting and settling FLSA and NYLL wage and hour cases."); *Garcia v. Exec. Club LLC*, No. 10-cv-1545 (SHS), 2012 U.S. Dist. LEXIS 189823 (S.D.N.Y. May 10, 2012) ("Class Counsel [V&A and LBL] have experience prosecuting and settling employment class actions, including wage and hour class actions and are well-versed in wage and hour law and in class action law."); *Varela v. Building Services Industries, LLC*, Index No. 600037/2016 (Sup. Ct. Nassau Cty. June 21, 2018) ("the Court finds that class counsel [including Michael A. Tompkins] have established their significant experience prosecuting employment class actions and their work performed in the representing the interests of the class members in this action."). In 2019, Honorable Gretchen Walsh, J.S.C. Commercial Division, Westchester County, commended Leeds Brown Law, P.C. for its work and vigorous representation of its clients, including the class, in *Contreras v. Dania Marina, Inc.*, Index No. 54536/2018 (Sup. Ct. Westchester Cty., Oct. 3, 2019), when approving the class-wide settlement. Mr. Tompkins has also spoken as symposiums and events regarding wage violations, class action settlements, and worker protections. Additionally, Mr. Tompkins serves on the Nassau County Comptroller's Living Wage Advisory Committee and is admitted to practice in New York State, Eastern District of New York, Southern District of New York, Northern District of New York, the Second Circuit Court of Appeals, Fifth Circuit Court of Appeals, and Tenth Circuit Court of Appeals.

Brett R. Cohen of Leeds Brown Law is a graduate of Fordham Univ. School of Law (J.D.) and the University of Wisconsin-Madison (B.S.), and previously worked under Hon. Arthur M. Diamond, J.S.C. of New York State Supreme Court Nassau County prior to joining Leeds Brown Law. Mr. Cohen is admitted to practice in New York, California, and Florida, and has served as lead counsel for Leeds Brown Law, in several actions that have resolved themselves in recent years, including for alleged stolen gratuities. See e.g., Aguiar v. Airport Inn Inc., Index No. 603675/2018 (Sup. Ct. Nassau Cty., Feb. 7, 2022) (approving Brett Cohen, Michael Tompkins and Jeffrey K. Brown as class counsel "based on their experience litigating class actions, including those under the Labor Law and the Hospitality Wage Order"); *Luchko v. Barclay Operating Corp.* Index No. 157657/2020 (Sup. Ct. N.Y Cty. Jan. 5, 2022); *Waloven v. Forty Eight Lounge, LLC*, Index No. 603608/2021 (Sup. Ct. Nassau Cty. Oct. 15, 2021); *Cantelmo v. Ravel Hotel LLC*, Index No. 606182/2020 (Sup. Ct. Nassau Cty. Sept. 29, 2021); *Robinson v. Wildlife Conservation Society*, Index No. 502823/2019 (Sup. Ct. Kings Cty. Sept. 9, 2021); *Villasin v. Marriott Hotel Services, Inc.*, Index No. 608511/2017 (Sup. Ct. Nassau Cty. Aug. 16, 2021); *Barnes v. PH New York, LLC*, 157340/2018 (Sup. Ct. N.Y. Cty. Apr. 6, 2021); *In re Mt. Fuji Restaurant Class Action Lawsuit*, Index No. 614047/2020 (Sup. Ct. Nassau Cty. Mar. 19, 2021); *Islam v. Morgans Hotel Group Management LLC*, Index No. 612723/2020 (Sup. Ct. Nassau Cty. Mar. 18, 2021); *Sanchez v. Craft Beekman, LLC*, Index No, 154833/2019 (Sup. Ct. N.Y. Cty. Mar. 17, 2021); *Mauro v. Gurney's Inn Resort & Spa LLC*, Index No. 616077/2019 (Sup. Ct. Nassau Cty. Mar. 15, 2021). In one recent case, Judge Terry J. Ruderman acknowledged Leeds Brown. See *Ramlochan v. Westchester Shores Event Holdings, Inc. et. al.* Index No. 53509/2018 (N.Y. Sup. Ct. Westchester Cty. April 23, 2020), where the Honorable Terry J. Ruderman grants class certification and states that Plaintiffs' counsel "has shown its ability to manage a class action…"). Brett is admitted in New York, Florida, and California, along with various United States District Courts in those states.

In total, Mr. Brown, Mr. Tompkins, and Mr. Cohen have been involved in more than 90 class

or collective actions settlements,which has resulted in over $90,000,000 available to class members to collect since 2011.