UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN PORTER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>EMERSON COLLEGE,<br>    Defendants. | Case No. 1:20-cv-11897-RWZ |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Ryan Porter hereby moves for the Court to grant final approval of the Settlement Agreement and Release (the "Settlement") (ECF No. 64-1) [1], which resolves all claims asserted in this litigation on behalf of a proposed class of students who remained enrolled as of March 13, 2020, who paid, or on whose behalf payment was made to, Defendant Emerson College ("Defendant" or "Emerson") for Spring 2020 Semester tuition and fees for educational services that were entirely online, and whose tuition and fees have not been refunded.

In support of this motion, Plaintiff states that the Settlement satisfies the requirements for approval, and Defendant assents to the relief requested in this motion. Plaintiff submits herewith a memorandum setting forth the reasons why the Court should grant this motion. For the reasons set forth in the accompanying memorandum and the declarations and exhibits attached to this motion, Plaintiff and Class Counsel respectfully request the Court:

---

[1] Defined terms have the meanings set forth in the Settlement.

1. grant final approval to the Settlement;

2. certify the Class as defined in this motion and the Settlement;

3. find that the notice afforded to Class Members was adequate; and

4. bar and enjoin any Class Members who do not seek exclusion from asserting, instituting, or prosecuting, directly or indirectly, any Released Claims in any court or other forum against any of the Released Parties.

Dated: September 26, 2022
Carle Place, New York

Respectfully submitted,

/s/  *Michael Tompkins*
Michael Tompkins, Esq.,
Jeffrey K. Brown, Esq.,
Anthony M. Alesandro, Esq.
**LEEDS BROWN LAW, P.C.,**
One Old Country Road, Suite 347
Carle Place, New York 11514

&

Jason Sultzer, Esq.
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 200,
Poughkeepsie, New York 12601

&

Ian McLoughlin, Esq.
**SHAPIRO HABER & URMY LLP**,
2 Seaport Lane, Boston, MA 02210

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, the parties have conferred and agreed to submit the following motion as "unopposed."

Dated: September 26, 2022

                                                       /s/  *Michael Tompkins*
                                                          Michael Tompkins, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading and its attachments was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: September 26, 2022

                                                       /s/  *Michael Tompkins*
                                                          Michael Tompkins, Esq.,